# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Lakeshore Toltest Corporation | ) ASBCA Nos. 59565, 59566, 59567 |
| | ) 59568, 59569, 59570 |
| | ) 59571, 59572, 59573 |
| | ) 59574, 59575, 59576 |
| | ) |
| Under Contract Nos. N33191-12-D-0616 | ) |
| N33191-12-D-0636 | ) |

APPEARANCE FOR THE APPELLANT:       Anthony J. Calamunci, Esq.
                                    Special Counsel for Chapter 7 Trustee,
                                    Alfred T. Giuliano
                                    FisherBroyles, LLP
                                    Toledo, OH

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                    Navy Chief Trial Attorney
                                    David L. Koman, Esq.
                                    Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 1 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59565, 59566, 59567, 59568, 59569, 59570, 59571, 59572, 59573, 59574, 59575, 59576, Appeals of Lakeshore Toltest Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2